STATE of Missouri,
Plaintiff/Respondent,

v.

Charles N. FERGUSON,
Defendant/Appellant.

Charles N. FERGUSON,
Movant/Appellant,

v.

STATE of Missouri, Respondent.

Nos. 58243, 60920.

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 25, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Oct. 1, 1992.

Application to Transfer Denied
Oct. 27, 1992.

William J. Swift, Columbia, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

PER CURIAM.

In this jury-tried case, defendant was convicted of first degree arson. He was sentenced as a prior offender. He also appeals the trial court's denial of his Rule 29.15 motion.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments are affirmed in accordance with Rules 30.25(b) and 84.16(b).